IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| EDLENCO S. BILLUPS | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 1:15cv114 |
| DAVID GARNICA, ET AL. | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Edlenco S. Billups, an inmate at the Federal Correctional Complex in Florence, Colorado, proceeding *pro se*, brought the above-styled lawsuit against prison officials.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends this action be dismissed without prejudice.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

### O R D E R

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. The dismissal of this action is without prejudice to plaintiff's ability to reinstate his lawsuit if, within sixty days from the date of the judgment, he files a motion to reinstate providing the court with a current address at which he can be contacted. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

**So Ordered and Signed**
**Nov 13, 2016**

_____
Ron Clark, United States District Judge